## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**LEONTYNE M. DAILEY, #24360**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 3:06cv66TSL-JCS**

**KEVIN JACKSON, et al.**  **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  17th   day of April, 2006.


  /s/ Tom S. Lee
  UNITED STATES DISTRICT JUDGE